**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATO & ASSOCIATES, a General Partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00967-FMO-MRW<br><br>**ORDER ON STIPULATION [15] DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Kato & Associates ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 8, 2020

/s/ Fernando M. Olguin
UNITED STATES DISTRICT JUDGE